Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 30, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed November  30, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00984-CV

____________

 

IN RE ROBERT FRICKEY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
November 3, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable James Squire, presiding judge
of the 312th District Court of Harris County, to set aside his ruling denying
relator=s motion to dismiss for lack of
standing.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 








Petition Denied and Memorandum
Opinion filed November 30, 2006.

Panel consists of Chief Justice
Hedges, and Justices Yates and Seymore.